United States District Court
Southern District of Texas

**ENTERED**
March 16, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DANIEL AIELLO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:22-CV-00018 |
| | § | |
| DALE WAINEWRIGHT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court is Magistrate Judge Julie K. Hampton's Memorandum and Recommendation (M&R). (D.E. 9). The M&R recommends that the Court deny Plaintiff's motion for a preliminary injunction. *Id.*

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. Plaintiff Aiello timely filed "Plaintiff's Motion of Objection to Deny Plaintiff's Motion for Preliminary Injunction" on March 7, 2022. (D.E. 10).

Having carefully reviewed the proposed findings and conclusions of the M&R, the record, the applicable law, and having made a de novo review of the portions of the M&R to which Plaintiff's objections were directed, the Court **OVERRULES** Plaintiff's objections. (D.E. 10).

Accordingly, the Court **ORDERS** the following:

(1) The Court **ADOPTS** the M&R in its entirety. (D.E. 9).

(2) The Court **DENIES** Plaintiff's motion for a preliminary injunction. (D.E. 2).

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
     March_____, 2022